JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARIAM GHAZARYAN,

                    Petitioner,

          v.

SECRETARY OF THE U.S.
DEPARTMENT OF HOMELAND
SECURITY, et al.,

                    Respondents.

Case No. 5:26-cv-01112-PD

**JUDGMENT**

     Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted.

DATED: March 27, 2026

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE